1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED
CLERK, U.S. DISTRICT COURT

FEB 26 2014

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION       BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  Case No.: ED 14-0067M
                           )
             Plaintiff,    )  ORDER OF DETENTION
      v.                   )  (FED.R. CRIM. P.32.1(a)(6); 18
Joe Luis Villegas          )  U.S.C. § 3143(a))
                           )
             Defendant.    )
_____)

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ District of __Arizona__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

   Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:
   • Unknown Background
   • Unknown Bail Resources
   • History of Non-Compliance w/ Court Orders
   • Submission to Detention

1  and/or

2  B.    ( )    The defendant has not met his/her burden of establishing by clear and
3              convincing evidence that he/she is not likely to pose a danger to the
4              safety of any other person or the community if released under 18
5              U.S.C. § 3142(b) or (c). This finding is based on the following:

6  _____

7  _____

8  _____

9  _____

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated: 2/26/14

   _____
   HONORABLE DAVID T. BRISTOW
   United States Magistrate Judge

2